IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BMO BANK N.A.<br>320 S. Canal St.<br>Chicago, IL 60606,<br><br>       Plaintiff,<br><br>    v.<br><br>MARCUS MUELLER<br>605 Madison Street<br>Pleasant Hill, MO 64080,<br><br>       Defendant. | Case No. _____<br><br>Civil Action<br><br><br>**COMPLAINT** |

Plaintiff, BMO Bank N.A., formerly known as BMO Harris Bank N.A., by and through its undersigned counsel, hereby submits this Complaint against Defendant Marcus Mueller, and in support thereof, avers as follows:

**PARTIES**

1. Plaintiff, BMO Bank N.A. (hereinafter "BMO") is a company organized and existing pursuant to the laws of the State of Illinois, and has a principal place of business in Chicago with an office at 320 S. Canal St., Chicago, Illinois 60606, among other locations.

2. Upon information and belief, Marcus Mueller (hereinafter "Mueller") is an individual residing in Cass County, in the State of Missouri, with his principal residence at 605 Madison Street, Pleasant Hill, MO 64080. For purposes of diversity, Mueller is domiciled, a resident, and a citizen of the State of Missouri.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as there is diversity in citizenship and there is an amount in controversy that exceeds $75,000.

4. This judicial district is proper venue for this proceeding pursuant to 28 U.S.C. §1391(b)(2), as the Defendants reside, live or do business in the Western District of Missouri and as a substantial part of the events giving rise to the cause of action, including signing of the contracts at issue, occurred in the Western District of Missouri.

## STATEMENT OF FACTS

*Loan and Security Agreement*

5. On or about April 30, 2021, SuperTransport LLC ("ST") entered into a Loan and Security Agreement (hereinafter the "Agreement"), with BMO in the total amount of $202,709.52, attached hereto as **Exhibit A,** for the purchase of the following Equipment (hereinafter the "Equipment"):

| Year | Manufacturer | Model | Description | Serial Number |
|---|---|---|---|---|
| 2022 | MACK | AN64T70 | AN64T70 | 1M1AN4GY3NM024026 |

6. Pursuant to the Agreement, ST agreed to make monthly payments for the purchase of the above Equipment (hereinafter the "Equipment") beginning on or about July 1, 2021 for a term of 72 months.

7. Upon information and belief, ST used the Equipment at its address located at 605 Madison Street, Pleasant Hill, MO 64080.

8. Pursuant to the Agreement, ST was obligated to pay a minimum monthly payment of $2,815.41.

9. Pursuant to Paragraph 5.1 of the Agreement, entitled "Events of Default," ST will be in default under the loan if "Debtor fails to pay when due any amount owed by it" to BMO under this Agreement.

10. Pursuant to Paragraph 5.2 of the Agreement, entitled "Remedies," upon default of ST, BMO may declare the indebtedness hereunder to be immediately due and payable.

11. On February 15, 2023, ST entered into a Modification Agreement with BMO for the Agreement, incorporating a new payment schedule. A true and correct copy is attached hereto as **Exhibit B**.

12. On or about August 1, 2023, ST defaulted under the terms of the Agreement by failing to make the minimum monthly payment.

*Continuing Guaranty*

13. Mueller executed a Continuing Guaranty (hereinafter the "Guaranty") for the Agreement. A true and correct copy of the Guaranty is attached hereto as **Exhibit C.**

14. Pursuant to the Guaranty, Mueller agreed to the prompt payment and performance of all obligations, liabilities and undertakings of ST to BMO.

15. Mueller, as personal guarantor of the debt of ST, has failed to cure the default of ST.

## COUNT I: BREACH OF CONTRACT
### (Continuing Guaranty)

16. BMO incorporates by reference Paragraphs 1 through 15, as if set forth at length herein.

17. BMO entered into a valid written contract with Mueller (the Guaranty) in order to induce BMO to extend credit to Mueller, whereby he personally guaranteed ST's prompt payments

of all amounts owed to BMO, including all of ST's then-existing and future obligations, debts, and liabilities to BMO.

18. Moreover, by executing the Guaranty, Mueller guarantied the repayment of all amounts due under the Agreement and expressly agreed, and is obligated, to pay BMO's reasonable attorney fees and costs of any action instituted upon ST's default.

19. BMO demanded from Mueller that he pay the full amount of ST's debts, i.e., $122,474.98, plus interest and fees.

20. Mueller defaulted on his contractual obligations by failing to pay said amount.

21. As a result of Mueller's default, BMO has sustained significant damages in the amount of $122,474.98, plus attorneys' fees, legal expenses, and other costs.

**WHEREFORE,** Plaintiff, BMO Bank N.A. demands the following relief against Defendant Marcus Mueller, compensatory damages in the amount of $122,474.98, as well as interests, reasonable attorneys' fees and costs: and such other relief and the Court may deem equitable and just.

Dated: September 25, 2023

*/s/ Donald G. Furlow*
Donald G. Furlow
BQ & Associates, P.C., L.L.O.
14211 Arbor Street, Suite 100
Omaha, NE  68144
Telephone: (402) 554-4400
Fax: (402)-333-1151
Email: dfurlow@bqlaw.com
*Attorneys for Plaintiff BMO Bank N.A.*